United States Bankruptcy Court
District of Massachusetts

In re:  
ANCM Group, Inc.  
    Debtor

Case No. 18-40191-cjp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-4     User: corc     Page 1 of 1     Date Rcvd: Apr 03, 2020  
                     Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2020.  
db          +ANCM Group, Inc.,    12 A Vinton Road,    Charlton, MA 01507-6545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2020 at the address(es) listed below:  
         Janice   Marsh    janicemarsh1@gmail.com,    MA44@ecfcbis.com  
         John M. McAuliffe    on behalf of Debtor    ANCM Group, Inc. john@jm-law.net,  kathryn@jm-law.net  
         Richard   King    USTPRegion01.WO.ECF@USDOJ.GOV  
         Robert B. Gibbons    on behalf of Creditor    Oxford Crossing LLC rgibbons@mirickoconnell.com,  
          lrothera@mirickoconnell.com  
         Thomas J. Hamel    on behalf of Creditor    Berkshire Bank tjh@clhlawyers.com  
                                                                                                               TOTAL: 5



04/03/2020 GRANTED. NO OBJECTIONS FILED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re ANCM Group, Inc.,                    Chapter 7, Case No.18-40191-CJP
       Debtor

## MOTION TO DESTROY BOOKS AND RECORDS

Janice G. Marsh, the trustee, requests the court

1. To authorize her to destroy all books and records of the estate at any time after the five-year anniversary of the closing of the case and the discharging of the trustee because, at that time, the trustee expects that she will no longer require the books and records; and

2. To grant all other relief to which she is entitled.

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Trustee
Janice G. Marsh, LLC
446 Main Street, 19th Floor
Worcester, MA  01608
Telephone 508-797-5500
janicemarsh1@gmail.com
BBO No. 638575

## CERTIFICATE OF SERVICE

**Mailing Information for Case**

**Electronic Mail Notice List**

- **Robert B. Gibbons**    rgibbons@mirickoconnell.com, lrothera@mirickoconnell.com
- **Thomas J. Hamel**    tjh@clhlawyers.com
- **Richard King**    USTPRegion01.WO.ECF@USDOJ.GOV
- **Janice Marsh**    janicemarsh1@gmail.com, MA44@ecfcbis.com
- **John M. McAuliffe**    john@jm-law.net, kathryn@jm-law.net

/s/ Janice G. Marsh
Janice G. Marsh